IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


CESAR CARDENAS PULIDO,

                 Plaintiff,

         v.

WALTER MONK, JOHN DOES 1 – 10,
and UNITED STATES OF AMERICA,

                 Defendants.

No. 3:15-cv-01992-AC

OPINION & ORDER


HERNÁNDEZ, District Judge:

       Magistrate Judge John Acosta issued his Findings & Recommendation ("F&R") [77] on

November 17, 2017, recommending that Defendants' motions to dismiss Plaintiff's Complaint

with prejudice be granted. Plaintiff has timely filed objections [83] to the F&R. The matter is

now before the Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure

72(b).

When a party objects to any portion of the Magistrate Judge's F&R, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered the objections and concludes there is no basis to modify the F&R. The Court has also reviewed the pertinent portions of the record *de novo* and find no errors in the Magistrate Judge's F&R.

## CONCLUSION

The Court ADOPTS Magistrate Judge Acosta's F&R [77], and therefore, Defendants' motions to dismiss [59], [60] are GRANTED and this case is dismissed with prejudice.

IT IS SO ORDERED.

DATED this ⟨22⟩ day of ⟨March⟩, 2018.

MARCO A. HERNÁNDEZ
United States District Judge